## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| )   Plaintiff,   ) | 8:05MJ95 |
| v.   ) | ORDER FOR DISMISSAL |
| MICHAEL M. DUGAN,   ) | |
| )   Defendant.   ) | |

**IT IS ORDERED** the Motion for Dismissal (Filing No. 2) in the above-captioned case be granted as requested.

DATED this 5th day of May, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge